# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Douglas Bruce,** | : | **Case No. 1:23-cv-00112** |
| **Plaintiff,** | : | **Judge Timothy S. Black** |
| v. | : | |
| | : | **NOTICE OF APPEARANCE OF COUNSEL** |
| **City of Cincinnati,** | : | |
| **Defendant.** | : | |

Notice is hereby given that Kevin M. Tidd, Assistant City Solicitor, is entering an appearance as trial attorney for Defendant City of Cincinnati, in the above captioned case.

Respectfully submitted,

**EMILY SMART WOERNER (0089349)**
Interim City Solicitor

*/s/ Kevin M. Tidd*
Kevin M. Tidd (0080957)
Sr. Assistant City Solicitor
801 Plum Street, City Hall, Rm. 214
Cincinnati, Ohio 45202
Telephone: (513) 352-4520
Fax: (513) 352-1515
Email: kevin.tidd@cincinnati-oh.gov
*Counsel for City of Cincinnati*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2023, a true and accurate copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Kevin M. Tidd*
Kevin M. Tidd (0080957)