# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS BRUCE, | : | Case No. 1:23-cv-112 |
| Plaintiff, | : | Judge Timothy S. Black |
| -vs- | : | CITY DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT |
| CITY OF CINCINNATI, | : | |
| Defendant. | : | |

Now comes Defendant City of Cincinnati (the "City"), by and through counsel, and moves this Court pursuant to S.D. Local Rule 7.3 for an extension of fourteen (14) days to respond to Plaintiff's Complaint. The City emailed Plaintiff's counsel documentation several weeks ago that it thought would result in Plaintiff dismissing this action without the City needing to file a responsive pleading. It appears Plaintiff and his counsel need additional time to evaluate the documents provided by the City because the City has not received a response from Plaintiff's counsel despite repeated attempts to contact him by email over the past two weeks. The Answer in this case is currently due on August 10, 2023. The City attempted to confer with Plaintiff's counsel concerning this motion, but the City has thus far not received a response. A proposed order is attached.

Respectfully submitted,

**EMILY SMART WOERNER (0088905)**
**CITY SOLICITOR**

*/s/ Kevin M. Tidd*
Kevin M. Tidd (0080957)

{00387970-1}

Jon Vogt (0090781)
Assistant City Solicitors
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Phone: (513) 352-4705
Fax: (513) 352-1515
kevin.tidd@cincinnati-oh.gov
jon.vogt@cincinnati-oh.gov
*Counsel for Defendant*
*City of Cincinnati*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS BRUCE, | : | Case No. 1:23-cv-112 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| -vs- | : | |
| | : | |
| CITY OF CINCINNATI, | : | ORDER |
| | : | |
| Defendant. | : | |

The City of Cincinnati's motion for an extension of time to move, answer or otherwise plead regarding Plaintiff's Complaint is hereby GRANTED. The City of Cincinnati is to file its responsive pleading by **August 24, 2023**.

**IT IS SO ORDERED.**

_____
JUDGE TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE

{00387970-1}

## CERTIFICATE OF SERVICE

    I hereby certify that on August 10, 2023, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. No copies of this filing are being mailed to any parties, as all parties are currently being served via the Court's electronic filing system and thereby may access this filing through that system.

                                          */s/ Kevin M. Tidd*
                                          Kevin M. Tidd (0080957)